**CALL OR FAX**
**IN YOUR ORDERS**
Tel. 677-0606
Fax 353-1836

Turkey Burger $ 11.95

Turkey Burger Deluxe $ 13.50
with French Fries, Lettuce, Tomato and Cole Slaw

**Chicken Fingers**
Served with French Fries
Small $12.50     Large $19.50

| Challah French Toast $10.50 | Old Fashioned Matzoh Brie $10.50 |
|---|---|

**Blintzes $13.50**
Three blintzes - your choice of pareve cheese, potato, blueberry, apple or cherry!
Served with applesauce

**Instant Heart Attack $19.95**
A sandwich consisting of two large Potato Pancakes with your choice of Corn beef, Pastrami, Turkey, Salami

**Pierogen $13.50**
Potato or Spinach — Boiled or Fried
Served with Applesauce and Fried Onions

Turkey Meat Loaf $18.95
with Potato, Vegetable

Nova with Pareve $ 18.50
Cream Cheese on Bagel or
Pumpernickel, Lettuce, Tomato,
Bermuda Onion, Olives

**Cholent Every Day**
$9.50

**Whitefish Salad Platter**
with Lettuce, Tomato,
Potato Salad, Cole Slaw, Garni
$17.50

**Potato Pancakes**
with Apple Sauce
$13.50

**Fried Kreplech with**
Sauteed Onions
Small $9.50     Large $13.95

★ Pasta with Tomato Sauce
$ 7.50 Appetizer
$ 12.50 Entree

★ Veal Sausage
with peppers and onions
$ 11.25 Appetizer
on Club $11.95

★ Veal Sausage
with Peppers, Onions and Fries
$ 12.50 Appetizer   $ 18.50 Entree

★ Baked Potato and Soup
$10.50
★ Baked Potato and Cholent
$12.95
★ Baked Potato
and Tuna Salad $12.95
★ NO VEGETABLES

## Appetizers

(Apple, Tomato, Grapefruit or Orange Juice $2.25)

| | | | |
|---|---|---|---|
| Chopped Liver ... 9.95 | Chopped Egg ... 6.95 | | |
| Gefulte Fish ........... 10.50 | Picha (jelled calf's feet) 10.95 | | |
| Stuffed Derma ........ 9.50 | Fresh Fruit Salad .. 6.50 | | |
| Stuffed Cabbage ... 10.50 | Meatballs ........... 2.25 | | |
| ($1.00 extra on dinner) | Chicken Fricassee 10.50 | | |
| Pepper Steak ......... 10.95 | Turkey Kabob ....... 10.50 | | |

## Soups

| Mon. | Split Pea | Tues. | Potato |
|---|---|---|---|
| Wed. | Split Pea | Thurs. | Turkey Gumbo |
| Fri. | Minestrone | Sat. | Yankee Bean |
| Sun. | Vegetable Soup | | |

**Every Day**
Mushroom Barley, Consomme with Noodles, Kasha or Rice, Matzoh Ball Soup, Fruit Soup (seasonal), Tree Consomme
6.25
Add 2 Kreplech with your choice of soup... Additional $2.95

## Entrees
Served with Vegetables, Bread and Relish (Kishka in place of Vegetable .50 Extra)

★ Except Entrees with Asterisk                    A LA CARTE
HUNGARIAN BEEF GOULASH with noodles ................................. 19.95
PEPPER STEAK with rice or egg barley ......................................... 19.95
BREAST OF VEAL with stuffing, potato and vegetable ................... 19.95
● BOILED BEEF IN THE POT with noodles, carrots and matzoh ball ... 22.50*
● BOILED BEEF IN THE POT with mushroom barley soup ................ 22.50*
MIXED PLATTER (meatball, derma and stuffed cabbage) ................. 20.50
● CORNED BEEF AND CABBAGE with boiled potato ...................... 19.95
ROAST BEEF ............................ 20.95    POTTED BRISKET OF BEEF .... 19.95
BOILED BEEF FLANKEN ........... 20.50    MEAT LOAF ........................ 18.50
POTTED MEAT BALLS ............... 18.95    STUFFED CABBAGE ........... 20.95
TONGUE POLONAISE ............... 28.50    ★ No vegetables

## Poultry

CHICKEN CACCIATORE ....................................................... 20.75
Tender chicken simmered with onions, mushrooms, tomatoes, herbs and spices, served with egg barley and vegetable
● CHICKEN IN THE POT ...................................................... 21.95*
A traditional Lower East Side favorite, made the traditional way with noodles, carrots and matzoh ball
● CHICKEN IN THE BASKET with french fries and cole slaw ..... 18.95
ROAST TURKEY with stuffing and cranberry sauce ................. 21.95
BONELESS BREAST OF CHICKEN with mushroom stuffing ....... 21.50
BROILED OR ROAST HALF SPRING CHICKEN ..................... 19.50
HALF ROAST CHICKEN WITH STUFFING ............................ 19.50
★ TURKEY KABOB ............................................................... 20.25
marinated chunks of turkey on a skewer, served with egg barley, lettuce, tomato and marinated onions
GRILLED CHICKEN BREAST ......... 21.50    CHICKEN FRICASSEE .......... 18.95
BRAISED TURKEY WING ............. 16.95    BRAISED TURKEY LEG .......... 19.50
BBQ CHICKEN IN OUR SPECIAL SAUCE...19.95    SCHNITZEL CHICKEN CUTLET .. 21.50

## Fish

BROILED FILET OF SOLE ............ 20.95    BROILED SALMON ............. 21.95
● BROILED FILET OF SOLE A LA 2ND AVE. .. 23.50    ● BROILED SALMON LA 2ND AVE .... 24.50
                                          WITH ONIONS, PEPPERS, TOMATO AND MUSHROOMS
BAKED CARP .................... 19.25    BOILED CARP (Hot or Cold) & veg....19.25
GEFULTE FISH W/VEGETABLE & POTATO 16.95    FRIED FILET OF SOLE ............... 20.95

## Broilings

ROUMANIAN TENDERLOIN STEAK The Old World Favorite ........... 26.95
BROILED CHICKEN BREAST only from livers of our own chickens ... 19.75
CHOPPED STEAK freshly ground ............................................... 19.75
PRIME RIB STEAK broiled to your liking ..................................... 29.95
SAUTEED SLICED STEAK fried onions, mushroom gravy ............. 22.95
BROILED LIVER STEAK ............................................................ 22.50

## Eggs and Omelettes
Served with French Fries Only.

CORNED BEEF ................................ 17.50    PASTRAMI ........................... 17.50
TONGUE AND EGGS PANCAKE STYLE .. 23.50    NOVA SCOTIA LOX AND EGGS .. 17.50
MIXED DELICATESSEN OMELETTE ....... 16.25    FRANKFURTER AND EGGS ........ 13.95
WESTERN OMELETTE .................... 14.95    BOLOGNA AND EGGS ............. 13.95
TWO FRIED EGGS ............................ 4.95    SALAMI AND EGGS ................ 13.95
ONIONS AND EGGS ......................... 9.25    VEAL SAUSAGE AND EGGS ...... 14.95
CORNED BEEF HASH ..................... 14.95    VEGETABLE OMELETTE ........... 12.95

Egg whites $2.00 extra, Mushrooms $2.00 each additional egg $1.50 extra

## Complete Dinner
Served from 5:00 - 9:00 pm only. Add $11.50 to A la Carte (prices include:) Appetizer and Soup, Entree, Dessert, Coffee or Tea

## On the Side

| | | | |
|---|---|---|---|
| BAKED BEANS ........................ 4.95 | FRANKFURTER ..................... 3.95 | | |
| FRESH VEGETABLES OF THE DAY ... 4.50 | FRENCH FRIED ONIONS ........ 4.95 | | |
| ROASTED VEGETABLES ............ 4.95 | SWEET RED PEPPER ............ 4.25 | | |
| MASHED POTATOES ................ 4.95 | CUCUMBER SALAD ............. 4.50 | | |
| SPAGHETTI ............................ 6.50 | BAKED POTATO ................. 4.95 | | |

**OUTGOING ADDITIONAL $1.50

## Enjoy 2nd Ave. Deli in your home or office

# 3 Decker Sandwiches

"We cure our own Corned Beef and Tongue and we think you'd agree when you taste them... There's no finer anywhere."

(KINDLY ORDER BY NUMBER)
1. ROAST TURKEY AND TONGUE, cole slaw, Russian dressing, lettuce and tomato ... 19.75
2. ROAST TURKEY AND BREAST OF BEEF Chicken fat, onion, cole slaw, Russian dressing ... 19.75
3. TONGUE, CORNED BEEF AND SALAMI, cole slaw and Russian dressing ... 21.25
4. HOT PASTRAMI, CORNED BEEF AND CHICKEN SALAMI, cole slaw, Russian dressing ... 19.75
5. ROLLED BEEF, GRILLED SALAMI AND GRILLED ONIONS, cole slaw, Russian dressing ... 19.75
6. TURKEY AND CHOPPED LIVER, cole slaw and Russian dressing ... 19.75
7. TONGUE TEMPTATION chicken salad, Russian dressing and cole slaw ... 21.50
8. ROAST BEEF Bermuda onion, chicken fat, lettuce and tomato ... 19.75
9. BREAST OF BEEF Bermuda onion, chicken fat lettuce and tomato ... 19.75
10. SLOPPY JOE Everything but the kitchen back ... 19.75
11. CHOPPED EGGS AND CHOPPED LIVER, lettuce and tomato ... 16.50
12. KOSHER CLUB, turkey, pastrama, lettuce, tomato and mayo ... 19.75
(Club Bread .75¢ Extra)

## Hot Open Sandwiches
Served with our Delicious Gravy and French Fried Potatoes
ROAST TURKEY with cranberry sauce ............. 19.95
BREAST OF BEEF ......... 18.95    BEEF TONGUE ............. 23.95
ROAST PRIME BEEF ............................................... 18.95

## Twin Double
Generous portion of HOT CORNED BEEF and HOT PASTRAMI on twin jumbo rolls
$18.95

## Open Sandwich Medley
(Serves 3 - 4 persons)  Consisting of
CORNED BEEF, TONGUE, ROAST BEEF, TURKEY, PASTRAMI, CHOPPED LIVER, EGGS and MUSHROOMS,
SALAMI, Garnished with Potato Salad
$53.95

## Burger Deluxe
We grind our beef daily pure, lean beef burger, on a toasted bun, with french fries, lettuce, tomato and cole slaw
$13.25
Beef Burger Alone...$11.25
Pastrami Burger...$5.95 add.

## Traditional Favorites
POTATO KNISH .......................................... 4.95
KASHA KNISH ............................................ 4.95
KASHA VARNISHES .................................... 6.75
EGG BARLEY with Mushrooms(Farfel) ........... 6.75
POTATO KUGEL ......................................... 6.50
NOODLE PUDDING ..................................... 6.50
MEAT & POTATO KNISH ............................ 6.95
CHEESE KNISH .......................................... 6.95

## Hush Puppy
FRANK IN POTATO KNISH .... 6.25

## Sandwiches

| | | | |
|---|---|---|---|
| CORNED BEEF (HOT)... 12.50 | HOT PASTRAMI ......... 12.95 | MEAT LOAF ............ 10.50 |
| TIP TONGUE (EXTRA LEAN) 17.50 | ROAST BEEF .............. 12.50 | BREAST OF BEEF ...... 12.50 |
| CENTER TONGUE ....... 17.50 | ROLLED BEEF ............ 17.95 | SOFT SALAMI ......... 10.50 |
| ROAST BEEF .............. 12.50 | MEAT BALL ............... 10.50 | LIVERWURST ........... 10.50 |
| HARD SALAMI ........... 11.50 | BOLOGNA ................ 10.50 | ROAST TURKEY ........ 12.95 |
| KNOBLEWURST .......... 9.75 | CHOPPED LIVER ........ 10.95 | WESTERN OMELETTE .. 10.40 |
| CHICKEN SALAD ....... 10.25 | TUNA SALAD ............ 10.50 | WHITE FISH SALAD ... 11.50 |
| CHOPPED EGG ........... 8.50 | LETTUCE & TOMATO ... 4.95 | SMOKED TURKEY ...... 12.95 |
| BRISKET (KOSHER SALAD) 14.95 | SMOKED TONGUE WITH | GRILLED CHICKEN BREAST 17.50 |
| TURKEY MEATLOAF ... 10.50 | SUNDRED TOMATO ..... 13.50 | CHICKEN CUTLET ...... 17.50 |

ALL SANDWICHES w/tomato .75¢ extra w/meat proper $3.00    Each Combo $12.50 add.
Extra Lean Meat $2.00 extra  Club Roll, bagel or Roll .75¢ extra

## Salads

CHICKEN SALAD PLATTER, with potato salad, cole slaw, lettuce and tomato ........ 16.50
TUNA SALAD PLATTER, potato salad, cole slaw, lettuce and tomato .................. 16.50
CHEF'S SALAD WITH TURKEY AND TONGUE .................................................. 22.95
NOVA SCOTIA SALMON (LOX) .............................................................. 20.95
EGG SALAD ............................ 9.95    CHOPPED LIVER .................. 13.95
GRILLED CHICKEN BREAST PLATTER, with potato salad, coleslaw, lettuce and tomato ... 16.50

## Half a Sandwich
(Except Combo$1.50 add. Nova $1.00 add.)
with a cup of soup
$14.25 *except for chicken cutlet and steak

## Two Jumbo Specials
GRILLED or BOILED $14.50
Served with French Fried Potatoes or Baked Beans
SINGLE SPECIAL $11.50

## Favorite Deli Platters

CORNED BEEF, PASTRAMI, TONGUE, TURKEY & SALAMI COMBINATION PLATTER ..... 25.95
SALAMI PLATTER .................................................................................. 17.50
BOLOGNA PLATTER ............................................................................... 17.50
SLICED WHITE MEAT TURKEY with potato salad ........................................ 24.95
HOT KNOBLEWURST PLATTER ................................................................ 17.25
COLD PRIME ROAST BEEF PLATTER with potato salad .............................. 23.50
HOT CORNED BEEF PLATTER ................................................................. 23.50
SLICED TONGUE PLATTER ..................................................................... 26.95
HOT TONGUE PLATTER .......................................................................... 26.95
TURKEY WING (cold with potato salad ... 16.50    TURKEY LEG (cold with potato salad ... 18.95
SCOOP OF CHOPPED LIVER $9.95

## Beverages

| | | | |
|---|---|---|---|
| COFFEE with Pareve Mocha .......... 2.25 | | | |
| We have received the "Golden Cup Award" for the Pan American Coffee Brewer's Commission | | | |
| HOT TEA (GLASS OR CUP) ............. 2.25 | COFFEE OR ICED TEA ......... 2.50 | | |
| FRESH BREWED DECAF COFFEE ..... 2.25 | BOTTLE OR CAN DIET SODA .. 2.25 | | |
| FAMILY STYLE PITCHER OF SODA ... 3.95 | ISRAELI HERBAL TEA ......... 2.25 | | |
| FOUNTAIN BY THE GLASS | | | |
| COKE, DIET RITE, SEVEN-UP, ORANGE, GINGER ALE (Per Glass) ... 1.75 | | | |

MENU IS OPEN PERSON $8.00  DO MILK OR BUTTER SERVED  EXTRA SETTING $3.50 PER PERSON
Not Responsible for Personal Property

We now ship nationwide, just call 1800-nyc deli

# Delicious Desserts

Chocolate Mud Cake ... 5.95
Seven Layer Supreme ... 5.50
Pareve Tiramisu ... 5.95
Pareve Cheesecake ... 5.50
Chocolate Babka ... 4.95
Honeydew or Cantaloupe ... 5.25
Baked Apple ... 5.50
Fresh Fruit Salad ... 6.50
Rugalach ... 4.95
Warm Apple Strudel ... 6.50
Marble or Sponge Cake ... 4.50
Halvah ... 4.95
Jello ... 3.95

## Wine & Beer

Glass 8.00 ——— Bottle 27.50
All Beer 5.75

Baron Herzog Chardonnay
Clean, refreshing, dry white wine
California

Baron Herzog Cabernet Sauvignon
dry, full-bodied, lively red wine
California

Baron Herzog Gamay
Sweet, medium dessert wine
California

Herzog Selection White Bordeaux
Semi-dry, white Bordeaux
France

Bartenura Chianti
Dry, light red wine
Italy

Bartenura Pinot Grigio
Medium-bodied, red wine
Italy

Gami Sauvignon Blanc
Crisp, refreshing, white wine
Israel

Bartenura Merlot

Half Sandwich and Fries $13.50
(Except combo $1.50 add.)

SECOND AVENUE DELI
Gift Certificate,
Cookbook, T-Shirt, Hat,
Mug and Apron
available

# Oh Cuisine!

(The staff and management of the 2nd Avenue Deli mourn the passing of our friend Sam Levenson. We reprint here some of the comments by the noted philosopher-humorist that appeared in the Saturday Review on March 1, 1980)

Somewhat in the style of Marcel Proust, most of the customers at the Second Avenue Kosher Delicatessen and Restaurant (Second Avenue at 10th Street, New York City) are involved in a contemporary recherche du temps perdu. The very menu is a remembrance of things past, of a Jewish way of life all but destroyed by upward mobility.

Some of us grew up as part of that past. Others heard of it from their Italian, Greek, Ukranian, Russian, Hungarian, Polish, Jewish, etc., parents or grandparents who came to America carrying a large bundle of hopes and a small bundle of pots, chopping bowls, rolling pins, mortars and pestles. After all, man does not live by freedom alone. They landed, along with their rich dreams and even richer appetites, on the Lower East Side— all at the same time.

There was not a cold tenement that did not smell of hot food. The aromas seeped through closed doors, dumbwaiters, halls, cellars, and the letter boxes. "Eating out" was unheard of. In the first place, you couldn't afford it. In the second place, "Poison they feed you." In the last, and most important place, to eat out was an insult to mama's cooking and to family tradition.

If you reached the point where you could eat out, or had to (a tragedy), you naturally sought out some place run by a mama and a papa, often by a whole family. The mama had to look like, dress like, talk like, and cook like "mama," and the food had to be kosher.

Eating out at the Second Avenue Delicatessen is like eating in. There is papa Lebewohl, mama Lebewohl, and two pretty daughters who "keep and eye."

The clue to Abe's success is culinary doubt—creative, inventive, positive doubt. He is privy to the highly inexact alchemy of traditional, instinctual Jewish cooking as handed down by word of mothers. The vital ingredient is "sense," not sense-organ sense, but common sense based on years of common scenting.

You have to feel what the food calls for and add that imprecise pinch, dab, smear, drop, or blip (an onomatopoeic word derived from the sound of one drop of oil falling into boiling water).

You can teach anyone, Jewish or not, how to make chicken soup, but you can't teach anyone (an ancient ethnic mystery) how to get it up to the temperature of molten lava. A good matzoh ball from such soup does melt in the mouth, but it also hardens again in stomach. Cases of intestinal matzoh-ball blockage can be cleared by doses of 340-degree chicken soup.

The most popular main courses are chicken in the pot, boiled beef, Hungarian beef goulash, and Romanian tenderloin steak. These are served with the Yiddish K rations: kasha (groats), kugel (noodle pudding), knaidle (billiard ball-size dough balls), kishka (stuffed cow's intestine). Interesting that linguistically there is no singular for certain Jewish delicacies. No one (except maybe an illegal alien) refers to a krep or a farf. It is kreplach, or farfel (confetti-size dough drops).

Among the fish specialties, gefulite fish still leads the school. There are worldwide variations, but Abe Lebewohl has preserved the time-and-mama-tested formula. Classical gefulite fish experts started from the live fish in combinations of buffel (buffalo) carp, pike, or whitefish—depending upon the cost ("for the holidays they raise the price, the holdupnicks")—added egg, matzoh meal, and onions all chopped and molded into oval shapes. Onions were crucial. They made the mama cooks cry, releasing the salt tears (the secret ingredient?), which ran down their faces into the chopped fish, adding the flavor of four thousand years of Jewish suffering. The final product is eaten with horseradish strong enough to make the cooked fish tremble on the plate.

The East Side is now the home of new immigrants. The Second Avenue Delicatessen and Restaurant caters to some of these, but mostly to nostalgia-hungry exurbanites from every urb and suburb of America, who come a-searching in the old foods for some of the old values that made the crowded "co-op" living not only possible but stimulating, to value again fragrant human imperfection over deodorized, dehumanized perfection; to let the earthy horseradish, a real root, bring back bittersweet root-memories of a temps perdu, a time when dreams of a great tomorrow spiced many an unappetizing today.

Perhaps these customers are pilgrims in search of soul food for the soul, and Abe Lebewohl's menu proclaims: We deliver.

# The Lower East Side Lives!

Second Avenue...Rivington Street... Ludlow, Hester, Houston and Delancey. These are names to evoke an age.

The Lower East Side. It is 1900. The crowded streets spring to life in a cacaphony of sound. Pushcart peddlers (There were some 25,000 here in 1900) hawk their wares: tin cups, poachers, hats, eyeglasses at .35 a pair, chickens, freshly ground horseradish, suspenders, clothing, fish, roasted sweet potatoes, and anything else you can think of. They haggle loudly over prices; while shouting children dash between them, dodging horses and eluding their scolding parents. Boys and young men, bent under great mounds of half-finished garments, hurry to and from their sunless tenement flats where entire families—children, mothers, grandparents —labor from 4 a.m. to ten at night to earn a few pennies piece-rate per garment. Newly arrived immigrants mingle wonderingly with street-wise, independent, first generation youths. The sights and smells and sounds of the city assault the eye. The Ghetto. The Open Ended Ghetto.

But the roots of the Lower East Side go back far earlier than the great immigration waves of the late 1800's and early 1900's.

As early as 1830, the area was a thriving Jewish community, settled by German and Polish immigrants who lived in the area that is now Chinatown, spreading north and east as the years went by.

By the close of the 19th Century, the Lower East Side was a world in miniature, as dozens of immigrant ethnic groups brought with them and established here their individual manners and traditions. Italians, Irish, Germans, Eastern European and Chinese immigrants sought the security of a familiar community far from their native lands, and the streets were a babel of unfamiliar tongues.

As the years passed, the more prosperous families moved uptown, while new immigrants and working class families moved in. Each new contingent moved first to the Lower East Side, where it took over the houses and synagogues of its predecessors. By 1910, when the great wave of Jewish immigration reached its peak, over 600,000 Jewish people jammed the area.

Gradually, then, encouraged by the opening of the subways, by the quest for a better life and by the coming of the garment unions (which doomed the sweatshops and enabled the industry to move uptown to the present garment center), the exodus from the Ghetto gained momentum.

"A better life" meant Riverside Drive, Central Park West or Washington Heights; in Brooklyn it was Brownsville, Boro Park, Flatbush, Bensonhurst or East New York. In the Bronx it was Fordham, Tremont and the Grand Concourse.

And as the great wave gathered, broke, and passed on, other groups came...and still come...to take their place.

Today, the Lower East Side is still a vibrant, vital, exciting mixture of old and new, drawing the descendants of its early inhabitants to rediscover their heritage...or just to hunt a bargain.

For venturesome shoppers, there are still bargains to be found in the hundreds of shops that line Orchard, Allen, Ludlow, Essex, Delancey and the rest. Many are in their third and fourth generation, and offer hard to beat bargains on linens, fabrics, women's and children's clothing, handbags and much more. (The areas highlighted on the map above are the principal shopping streets. Remember, however, that most shops are closed on Saturdays).

Is the Lower East Side a part of your heritage? Many who walked these fabled streets are still in the prime of life. To others, the Lower East Side is recalled in the stories told by parents and grandparents. To all Americans, though, the Lower East Side is the symbol of a remarkable aspect of the American experience. Through this one small portal have passed (and still pass) millions of immigrants, spreading across the continent and enriching the total fabric of our nation's life.

KOSHER RESTAURANT AND CATERERS

156 Second Avenue
Corner of 10th Street
New York, N.Y. 10003
(212) 677-0606

**New York kosher deli is among best in the world**

**NEW YORK:** There are very few true Kosher delicatessens left in North America. One of the finest in the world, in my opinion, is the famed Second Avenue Delicatessen at 156 Second Avenue, where the owner operator of the busy dining spot could write a book about his experiences. His customers range from stars of stage and screen to ambassadors from the United Nations who flock to Second Avenue.

THE TRIBUNE

*THE NEW YORK TIMES*

**In Delis, 2d Ave. Is a Palace**

By ISRAEL SHENKER

KOSHER RESTAURANT AND CATERERS

*THE NEW YORK TIMES*

One of the best mushroom and barley soups we've sampled in a long time is available at the Second Avenue Delicatessen (Second Avenue, corner of 10th Street). Flecked with carrots, celery, onions, and fresh and dried mushrooms, it is a creamy, bracing antidote to midwinter snow and wind.

*Mimi Sheraton*

The Second Avenue Kosher Delicatessen/ Restaurant surely doesn't suffer from want of publicity. The proprietor has from time to time conjured up such beneficent promotions as delivery by real horse power during the "energy crisis", a one-day return to 1954 prices as an anniversary act, and a month of half price meals for "senior citizens." The durable fact behind the publicity barrage is that this is very likely the best kosher delicatessen in the city.

The Second Avenue Deli has been a neighborhood institution for over 30 years.

**The Underground Gourmet:** The Second Avenue Deli goes on forever, and should.

NEW YORK MAGAZINE

**New York, isn't it time you discover natural chopped liver?**

Unless you've savored mine, you haven't tasted natural chopped liver. Other restaurants sell you ground liver, and have the audacity to call it chopped liver! (It's cheaper for them to grind than to chop, because it takes less time. And by grinding, it's easier to mix in secret ingredients—like preservatives.) My chopped liver, on the other hand, is all natural. It's made of highest quality steer and chicken livers, vegetable oil, chicken fat, onions and eggs. Absolutely no preservatives! They're not needed, because natural chopped liver is chopped fresh daily. Even my mother-in-law compliments me on my chopped liver. And to prove to you that mine is better tasting, we'll give you a generous taste free! Just stop in and ask. Incidentally, I take the same pride in all my specialties. They're made the way they're supposed to be made. And better.

(212) 677-0606

156 SECOND AVENUE (corner 10th St.)