STRAIGHT BILL OF LADING — SHORT FORM—ORIGINAL—NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

DESIGNATE WITH AN BY TRUCK ☒ FREIGHT

| CARRIER | TRAILER NO. | CONSIGNEE NAME AND ADDRESS |
|---|---|---|
| CCX | | 2ND AVE DELICATESSEN, INC. 65046 |

SHIPPER NAME: INDEPENDENT CAN COMPANY    12/13/04

156 2ND AVE    6502j

ADDRESS: 1300 BRASS MILL ROAD • P.O. BOX 370

| CITY | STATE | ZIP CODE | DESTINATION CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| BELCAMP | MD | 21017-0370 | NEW YORK NY 10003 | | |

ORIGIN CITY (IF DIFFERENT THAN ABOVE)    ZIP CODE

PHONE NO. 212-677-0606

INVOICEE: 2ND AVE DELICATESSEN, INC.
ADDRESS: 156 2ND AVE
CITY: NEW YORK  STATE: NY  ZIP CODE: 10003
ATTN: TERRY LEBEWOHL

INVOICE FREIGHT TO

| CUSTOMER NO. | STORE NO. | DEPT. |
|---|---|---|
| 5737 | PO: VERBAL | |

P.O. NO.

SPECIAL INSTRUCTIONS

| NO. PACKAGES | HAZARDOUS MATERIALS | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|
| 23 | CTN | 1 QT., 1S, 5S & 8S CANS, ITEM #52770, SUB 1, CLASS 92½ | 326 | 92.5 | |
| | | 1C, 2C, 3C, 5C CANS, ITEM #52770, SUB 1, CLASS 92½ | | 92.5 | |
| | | 25T CANS, ITEM #52780, SUB 2, CLASS 85 | | 85 | |
| | | 50T CANS, ITEM #52790, SUB 6, CLASS 100 | | 100 | |
| | | 15S CANS, ITEM #52780, SUB 1, CLASS 200 | | 200 | |
| | | FIBREBOARD INSERTS, ITEM #151320, CLASS 55 | | 55 | |
| | | CNTRS, PLASTIC, CUPS, 8-64 OZ., NMFC #156720, CLASS 85 | | 85 | |
| | | PLASTIC BUCKETS, NESTED, NMFC #156600, SUB 5, CLASS 125 | | 125 | |
| | | COVERS, ITEM #40375, CLASS 70 | | 70 | |
| | | CARTONS (KDF) ITEM #29275, CLASS 77½ | | 77.5 | |
| | | STEEL, SHEETS, NOI, NMFC #106120, CLASS 50 | | 50 | |
| | | CAN ENDS, STEEL OR TIN, IN PACKAGES, NMFC #40252 CLASS 55 | | | |
| | | GLASSWARE, BOTTLES OR JARS NMFC #87700 SUB 2 CLASS 70 | | 70 | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per  KLm
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $_____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

PRO NO. 729-117432

Driver's signature acknowledges receipt of freight only. Unless otherwise agreed to under separate contract, terms and conditions of tariff CNWY 199 apply.

CCX®   FLF 29002-1H   EDI/SPCL #   DEST SIC

SHIPPER'S CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of Department of Transportation.

SIGNATURE _____ TITLE _____

If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS  326  LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

INDEPENDENT CAN COMPANY
1300 BRASS MILL ROAD • P.O. BOX 370
BELCAMP, MD 21017-0370
permanent post office address of shipper

Shipper, Per KLm _____  Agent, Per CWCE

C.O.D. SHIPMENT
C.O.D. Amt. _____
Collection Fee _____
Shipper
Total Charges _____

PLFS004310



# independent Can Company

Belcamp, Maryland 21017-0370
410-272-0090 • Fax: 410-273-7500
www.independentcan.com
email: salesdept@independentcan.com

| CUSTOMER/ORDER NO. | ORDER DATE | PRO. ORDER NO. | SCHEDULED SHIP DATE | TERMS | | SALESMAN |
|---|---|---|---|---|---|---|
| VERBAL | 12/13/04 | 065046 | 12/13/04 | CHARGE ACCOUNT | | 011/ / |
| GROSS WEIGHT | CAR NUMBER | SHIP MEMO NO. | COMP. PART. SHIP & INVOICE DATE | SHIP VIA | MD. EXEMPT# | INVOICE NO. |
| | 729117432 | 296694 | 12/13/04 | CCX | COLLECT | 086635 |

SOLD TO:
5737
2ND AVE DELICATESSEN, INC.
156 2ND AVE
NEW YORK NY 10003
USA

SAME UNLESS OTHERWISE SPECIFIED

SHIP TO:
SAME
2ND AVE DELICATESSEN, INC.
156 2ND AVE
NEW YORK NY 10003
USA

| DESIGN NO. | ORDER QTY. | PACKAGE | DESCRIPTION | BACK ORDERED | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| G14890 | 144 | 6x 24 | 2C PLATINUM C&C C/24 | 0 | 144 | 1.30 | 187.20 |
| | | | PLS. SHIP WITH DOC # 65025. | | | | |
| | | | SHIP SOONER IF AVAILABLE | | | | |
| | | | | | SUB-TOTAL | | 187.20 |
| | | | | | TAX | | .00 |
| | | | | | AMOUNT DUE | | 187.20 |

ANY CLAIMS OR DEDUCTIONS WHICH ARE TO BE MADE FOR DAMAGED CANS OR SHORT SHIPMENTS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF THIS SHIPMENT.

SPECIAL INSTRUCTIONS: BELCAMP, MD
Please include a copy of this invoice with payment

DISCOUNT NOT ALLOWED ON FREIGHT CHARGES OR TAXES

Seller manufactures containers using generally accepted can manufacture procedures. No warranty is made as to any container's fitness for any given product or packaging procedures nor for any particular node of storage or distribution. Seller's liability is strictly limited to the replacement value of containers shown to be faulty in workmanship and/or materials at the time

PLFS004311



# independent Can Company

1500 Brass Mill Road • P.O. Box 370
Belcamp, Maryland 21017-0370
410-272-0090 • Fax: 410-273-7500
www.independentcan.com
email: salesdept@independentcan.com

| CUSTOMER ORDER NO. | ORDER DATE | PRO. ORDER NO. | SCHEDULED SHIP DATE | TERMS | SALESMAN |
|---|---|---|---|---|---|
| VERBAL | 12/13/04 | 055045 | 12/13/04 | CHARGE ACCOUNT | 057 |
| GROSS WEIGHT | CAR NUMBER | SHIP MEMO NO. | COMP | PART | SHIP & INVOICE DATE | SHIP VIA | MD EXEMPT # | | INVOICE NO. |
| | | 25074 | | | 12/13/04 | UPS | | COLLECT | 055535 |

SOLD TO: 2ND AVE DELICATESSEN, INC.
156 2ND AVE
NEW YORK NY 10003
USA

SHIP TO: SAME
2ND AVE DELICATESSEN, INC.
156 2ND AVE
NEW YORK NY 10003
USA

SAME UNLESS OTHERWISE SPECIFIED

| DESIGN NO. | ORDER QTY. | PACKAGE | DESCRIPTION | BACK ORDERED | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 51488 | 144 | 6 x 24 | 2C PLATNUM CRC F/24 | 0 | 144 | 1.30 | 187.20 |
| | | | PLS. SHIP WITH DOC # 25025. | | | | |
| | | | SHIP SOONER IF AVAILABLE | | | | |
| | | | | | SUB-TOTAL | | 187.20 |
| | | | | | TAX | | |
| | | | | | FREIGHT | | |
| | | | | | AMOUNT DUE | | 187.20 |

ANY CLAIMS OR DEDUCTIONS WHICH ARE TO BE MADE FOR DAMAGED CANS OR SHORT SHIPMENTS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF THIS SHIPMENT.

SPECIAL INSTRUCTIONS: SELLING MD
PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT

DISCOUNT NOT ALLOWED ON FREIGHT CHARGES OR TAXES

Seller manufactures containers using generally accepted can manufacture procedures. No warranty is made as to any container's fitness for any given product or packaging procedures nor for any particular node of storage or distribution. Seller's liability is strictly limited to the replacement value of containers shown to be faulty in workmanship and/or materials at the time

PLFS004312



# Independent Can Company

Belcamp, Maryland 21017-0370
410-272-0090 • Fax: 410-273-7500
www.independentcan.com
email: salesdept@independentcan.com

| CUSTOMER ORDER NO. | ORDER DATE | PRO ORDER NO. | SCHEDULED SHIP DATE | TERMS | | SALESMAN |
|---|---|---|---|---|---|---|
| VERBAL | 12/10/04 | 065025 | 12/13/04 | CHARGE ACCOUNT | | 011/ |
| GROSS WEIGHT | CAR NUMBER | SHIP MEMO NO. | COMP. PART. | SHIP VIA | MD. EXEMPT # | INVOICE NO. |
| | 729117432 | 29693 | | CCX | | 0066634 |
| | | | SHIP & INVOICE DATE | | | |
| | | | 12/13/04 | COLLECT | | |

SOLD TO: 5737
2ND AVE DELICATESSEN, INC.
156 2ND AVE
NEW YORK NY 10003
USA

SHIP TO: SAME UNLESS OTHERWISE SPECIFIED
SAME
2ND AVE DELICATESSEN, INC.
156 2ND AVE
NEW YORK NY 10003
USA

| DESIGN NO. | ORDER QTY. | PACKAGE | DESCRIPTION | BACKORDERED | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| G14890 | 408 | 17 x 24 | 2C PLATINUM C&C C/24 | 0 | 408 | 1.30 | 530.40 |
| | | | SHIP SOONER IF AVAILABLE | | | | |
| | | | | | SUB-TOTAL | | 530.40 |
| | | | | | TAX | | .00 |
| | | | | | AMOUNT DUE | | 530.40 |

ANY CLAIMS OR DEDUCTIONS WHICH ARE TO BE MADE FOR DAMAGED CANS OR SHORT SHIPMENTS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF THIS SHIPMENT.

SPECIAL INSTRUCTIONS: BELCAMP, MD
Please include a copy of this invoice with payment

DISCOUNT NOT ALLOWED ON FREIGHT CHARGES OR TAXES

Seller manufactures containers using generally accepted can manufacture procedures. No warranty is made as to any container's fitness for any given product or packaging procedures nor for any particular mode of storage or distribution. Seller's liability is strictly limited to the replacement value of containers shown to be faulty in workmanship and/or materials at the time

PLFS004313



# independent Can Company

1300 Brass Mill Road • P.O. Box 370
Belcamp, Maryland 21017-0370
410-272-0090 • Fax: 410-273-7500
www.independentcan.com
email: salesdept@independentcan.com

| CUSTOMER ORDER NO. | ORDER DATE | PRO ORDER NO. | SCHEDULED SHIP DATE | TERMS | | SALESMAN |
|---|---|---|---|---|---|---|
| VERBAL | 12/10/04 | 065025 | 12/13/04 | CHARGE ACCOUNT | | 0117 |
| GROSS WEIGHT | CAR NUMBER | SHIP MEMO NO. | COMP. PART | SHIP & INVOICE DATE | SHIP VIA | MD. EXEMPT # | INVOICE NO. |
| 7291743P | P9693 | | | 12/13/04 | COX | COLLECT | 86634 |

SOLD TO: 2ND AVE DELICATESSEN INC
156 2ND AVE
NEW YORK NY 10003
USA

SHIP TO: SAME
2ND AVE DELICATESSEN INC
156 2ND AVE
NEW YORK NY 10003
USA

SAME UNLESS OTHERWISE SPECIFIED

| DESIGN NO. | ORDER QTY. | PACKAGE | DESCRIPTION | BACK ORDERED | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 14080 | 480 | 12 CS | 3P PLATINUM CAC C/24 | 0 | 480 | 1.38 | 662.40 |
| | | | SHIP SOONER IF AVAILABLE | | | | |
| | | | | | SUB-TOTAL | | 662.40 |
| | | | | | TAX | | |
| | | | | | AMOUNT DUE | | 662.40 |

ANY CLAIMS OR DEDUCTIONS WHICH ARE TO BE MADE FOR DAMAGED CANS OR SHORT SHIPMENTS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF THIS SHIPMENT.

DISCOUNT NOT ALLOWED ON FREIGHT CHARGES OR TAXES

SPECIAL INSTRUCTIONS:

Seller manufactures containers using generally accepted can manufacture procedures. No warranty is made as to any container's fitness for any given product or packaging procedures nor for any particular node of storage or distribution. Seller's liability is strictly limited to the replacement value of containers shown to be faulty in workmanship and/or materials at the time

PLFS004314

LIFE-LIKE PRODUCTS, LLC

1/12/05 400678   1/19/2005   4,180.33

CHASE -OPERATING   77364

4,180.33

PLFS004317

# Unique Manufacturing
1605 Cheshire Court
Lawrenceville, GA 30043
Ph 770-277-9323  Fax

*To: Karen*

# Purchase Order

| Date | PO # |
|---|---|
| 4/12/2002 | 2ndave0402 |

**Name / Address**

2nd Ave Deli
156 Second Ave.
New York NY 10003

| Item | Description | Qty/ cs. | Rate | Total |
|---|---|---|---|---|
| Flag pick - cust... | Custom printed flag pick/100,000 total picks (5 cases each of 20,000) "2nd Ave. Deli" | 5 | 220.00 | 1,100.00 |

_____   _____
Signature                                      Date

This is only a purchase order. Please sign, date, and fax to 703-669-7645. Thank you.

| | |
|---|---|
| Subtotal | $1,100.00 |
| Sales Tax | $0.00 |
| **Total** | **$1,100.00** |

PLFS004320

```
*** TX STATUS REPORT ***                   AS OF   APR 12 '02 11:44   PAGE.01

                                             212 353 1836


       DATE  TIME       TO/FROM       MODE    MIN/SEC   PGS   CMD#  STATUS
06     04/12 11:43 12536697645        EC--S   00'21"    001   052   OK
```

PLFS004321

# Life-Like Products, LLC.
2 Fifth Street
Peabody, MA 01960
(978) 532-3500

## REMIT TO
Life-Like Products, LLC.
P.O. Box 827116
Philadelphia, PA 19182-7116

410-889-1023

# INVOICE

| INVOICE NO. | 400273 |
| --- | --- |
| PAGE | 2 |
| DATE | 01/12/05 |

S
O  77264
L  SECOND AVENUE DELI
D  156 SECOND AVE.
T  NEW YORK, NY 10007
O

S
H  1
I  SECOND AVENUE DELI
P  642 EAST 14TH STREET
T  STREET LEVEL STORE
O  NEW YORK, N.Y. 10009

NO RETURNS ALLOWED AFTER 15 DAYS. NO RETURNS ALLOWED ON CUSTOM PRODUCTS.

| CUSTOMER PO # | SHIP DATE | SALESPERSON | TERMS | ORDER # | W/H | FREIGHT | SHIP VIA |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PAT | 01/12/05 | JIM CRANE | NET 30/NO PRICE | 500584 | 10 | PREPAID | JEVIC |

| ITEM | DESCRIPTION | QTY/ORDERED | QTY/SHIPPED | QTY B/O | U/M | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10FRIGID08 | 8OZ 72/CASE MARK MAYBILL DELIVER ON STRAIT JOB INSIDE DELIVERY THANKS | 20 | 20 | 0 | EA | 16.350 | 327.00 |

| MERCHANDISE | MISCELLANEOUS | DISCOUNT | TAX | FREIGHT | TOTAL DUE |
| --- | --- | --- | --- | --- | --- |
| 3253.85 | .00 | .00 | .00 | 726.48 | 4180.33 |

PRODUCTS RETURNED ARE SUBJECT TO A 20% RESTOCKING CHARGE. SUBJECT TO SALES TERMS & CONDITIONS ON REVERSE.

2 Fifth Street
Peabody, MA 01960
(978) 532-3500

THANK YOU

PLFS004318

# INVOICE

**Life-Like Products, LLC.**
2 Fifth Street
Peabody, MA 01960
(978) 532-3500

**REMIT TO:**
Life-Like Products, LLC.
P.O. Box 827116
Philadelphia, PA 19182-7116

410-889-1023

| INVOICE NO. | 400678 |
|---|---|
| PAGE | 1 |
| DATE | 01/12/05 |

**SOLD TO:**
77364
SECOND AVENUE DELI
156 SECOND AVE.
NEW YORK, NY 10007

**SHIP TO:**
1
SECOND AVENUE DELI
642 EAST 14TH STREET
STREET LEVEL STORE
NEW YORK, N.Y. 10009

NO RETURNS ALLOWED AFTER 15 DAYS. NO RETURNS ALLOWED ON CUSTOM PRODUCTS.

| CUSTOMER PO # | SHIP DATE | SALESPERSON | TERMS | ORDER # | W/H | FREIGHT | SHIP VIA |
|---|---|---|---|---|---|---|---|
| FAT | 01/12/05 | JIM CRANE | NET 30/NO PRICE | 500584 | 10 | PREPAID | JEVIC |

| ITEM | DESCRIPTION | QTY. ORDERED | QTY. SHIPPED | QTY. B/O | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 10TP6-S | TP-6 COMPLETE (SET-UP) | 150 | 150 | 0 | EA | 4.210 | 631.50 |
| 10MED11NW-S | MED-11 COMPLETE (S/U) "NON-WAXED" | 25 | 25 | 0 | EA | 13.430 | 335.75 |
| 10TF7MH-S | TF-7MH COMPLETE (SET-UP) | 50 | 50 | 0 | EA | 10.150 | 507.50 |
| 10TF19P-S | TF-19 PERISHABLE COMPLETE (SET-UP) | 50 | 50 | 0 | EA | 6.030 | 301.50 |
| 10TF18P-S | TF-18 PERISHABLE COMPLETE (SET-UP) | 50 | 50 | 0 | EA | 5.770 | 288.50 |
| 10TF16-S | TF-16 COMPLETE (SET-UP) | 150 | 150 | 0 | EA | 3.930 | 589.50 |
| 10FRIGID10 | 1# 36/CASE | 20 | 20 | 0 | EA | 13.630 | 272.60 |

| MERCHANDISE | MISCELLANEOUS | DISCOUNT | TAX | FREIGHT | TOTAL DUE |
|---|---|---|---|---|---|
| | | | | | CONTINUED |

PRODUCTS RETURNED ARE SUBJECT TO A 20% RESTOCKING CHARGE. SUBJECT TO SALES TERMS & CONDITIONS ON REVERSE.

2 Fifth Street
Peabody, MA 01960
(978) 532-3500

PLFS004319