

**Orbis Brynmore Printing**
1735 Second Avenue
New York, NY 10128
Tel 212-987-2100

# Invoice

| Date | Invoice No. |
|---|---|
| 08/10/05 | 2044 |

| Bill To |
|---|
| Second Avenue Deli |
| 156 Second Avenue |
| Corner 10th Street |
| New York, NY 10003 |

| Ship To |
|---|
| Second Avenue Deli |
| 156 Second Avenue |
| Corner 10th Street |
| New York, NY 10003 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via | FOB | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | DB | 08/10/05 |  |  |  |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 100 | Misc. | Menus Printed on 80lb cream card stock in 1 pms color B/B (13 x19), scored and laminated | 2.75 | 275.00T |
|  | Laminating | 13 x 19 | 300.00 | 300.00T |
|  |  | (Ordered by Jack- 7-28-05) Sales Tax | 8.375% | 48.16 |

Thank you for your business.

**Total**  $623.16

2ND AVENUE DELICATESSEN INC.  20404
ORBIS-BRYNMORE                8/12/2005

           8/10/05 2044                         623.16
           2% DISCOUNT                          -12.46

CHASE -OPERATING                                610.70



PLFS000072