UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

JACK LEBEWOHL, JEREMY LEBEWOHL,
UNCLE ABIES DELI INC. d/b/a 2ND AVE DELI,
UNCLE ABIES DELI ON FIRST INC. d/b/a 2ND AVE DELI,
AND UNCLE ABIES DELI SANDWICH TRADEMARKS LLC,

                                Plaintiffs,

            -against-                                Index No. 11-cv-3153 (PAE)

HEART ATTACK GRILL LLC, HAG LLC,
JON BASSO, DIET CENTER LLC (TEXAS) AND
DIET CENTER LLC (DELAWARE)

                                Defendants.
------------------------------------------------------------------------ X

## DECLARATION OF WILLIAM W. CHUANG IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

1. My name is William W. Chuang. I am counsel for Plaintiffs in this action. As such, I am fully familiar with the facts and circumstances of the within proceeding, except as to those matters that I allege to be based upon information and belief, and as to those matters, I believe them to be true. I hereby affirm the statements in this declaration under the penalties of perjury.

2. Exhibits B, C, D, M, N, and O to the Statement of Uncontested Facts are true and correct copies of printouts from the websites listed on each document, which I printed out on the dates shown on each document.

3. Exhibit B is a true and correct copy of an article from Chowhound.com that I printed out on September 28, 2010.

4. Exhibit C is a true and correct copy of an article from gailharrington.net that I printed out on February 15, 2012.

5. Exhibit D is a true and correct copy of an article from Chowhound.com that I printed out on February 15, 2012.

6. Exhibit M is a true and correct copy of an article from Yelp.com that I printed out on February 15, 2012.

7. Exhibit N is a true and correct copy of an article from nytimes.com that I printed out on February 9, 2012.

8. Exhibit O is a true and correct copy of an article from Bloomberg.com that I printed out on February 9, 2012.

Dated: May 7, 2012  
New York, NY

Affirmed.

_____/s_____  
William W. Chuang